# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Rachelle Davis**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00044-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| American Airlines<br>Terry Dix<br>Mark Moscicki<br>Michelle Magee**,**<br>Defendant(s). | )<br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 5, 2019 Order.

June 28, 2019

_____
Frank G. Johns, Clerk
United States District Court